1001

[No. 19414-1-III.   Division Three.   January 17, 2002.]

SAM KROMM, ET AL., *Appellants*, v. KENNARD LITERAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Columbia County, No. 99-2-00010-1, John M. Lyden, J., entered June 8, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 19751-4-III.   Division Three.   January 17, 2002.]

PAULETTE M. WIEDMER, *Appellant*, v. JONATHAN P. KEEVE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-01924-1, Ellen K. Clark, J., entered November 22, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 20101-5-III.   Division Three.   January 17, 2002.]

JOYCE HERVEY, *Appellant*, v. WALTER M. ANDERSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-2-00169-0, Donald W. Schacht, J., entered March 15, 2001. *Reversed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.